RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
PAUL D. RIDDLE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Paul_Riddle@fd.org

Attorney for Louis Franco

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>LOUIS FRANCO,<br><br>        Defendant. | Case No. 2:19-cr-00224-APG-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Stephanie N. Ihler, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Paul D. Riddle, Assistant Federal Public Defender, counsel for Louis Franco, that the Sentencing Hearing currently scheduled on January 13, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

    This Stipulation is entered into for the following reasons:

    1.    Mr. Franco has indicated he would like to appear in person for his sentencing hearing. Under the terms of the agreement signed by the parties, Mr. Franco still has approximately nine months left to serve. Accordingly, the parties are requesting a continuance of 90 days in the hopes that Mr. Franco will be able to appear in person.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the Sentencing Hearing.

DATED this 6th day of January, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By *Paul D. Riddle*<br>PAUL D. RIDDLE<br>Assistant Federal Public Defender | By *Stephanie N. Ihler*<br>STEPHANIE N. IHLER<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LOUIS FRANCO,<br><br>    Defendant. | Case No. 2:19-cr-00224-APG-DJA<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled for Wednesday, January 13, 2021 at 1:00 p.m., be vacated and continued to April 14, 2021 at the hour of 1:00 p.m. in Courtroom 6C; or to a time and date convenient to the court.

　　DATED this 7th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE

3