Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

**REQUEST FOR MODIFICATION
TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
October 6, 2021

Name of Offender: **Louis Franco**

Case Number: **2:19CR00224**

Name of Sentencing Judicial Officer: **Honorable Andrew P. Gordon**

Date of Original Sentence: **May 12, 2021**

Original Offense: **Felon in Possession of a Firearm AND Felon in Possession of a Firearm**

Original Sentence: **27 Months prison per count, concurrent, followed by 36 Months TSR.**

Date Supervision Commenced: **June 21, 2021**

Name of Assigned Judicial Officer: **Honorable Andrew P. Gordon**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

**Community Service** – You must complete 60 hours of community service within 3 months of completing PHASE 1 of the CARE Program. The probation officer will supervise the participation in the program by approving the program (agency, location, frequency of participation, etc.). You must provide written verification of completed hours to the probation officer.

## CAUSE

Franco has been participating in the CARE Program since the onset of supervision and as a part of that has been residing at the residential reentry center. He has incurred a number of rule violations through incident reports since being a resident there. Due to the number of rule violations regarding smoking in the bathroom, which is a prohibited area, he has become close to being removed from the facility as a program failure. In lieu of removing him from the program, or requesting his supervision be revoked, he has agreed to add community service to his

**RE: Louis Franco**

Prob12B
D/NV Form
Rev. June 2014

conditions of supervised release in the amount of 60 hours to be completed within 3 months, as noted by his signature on the attached PROB 49.

To address the violation conduct, it is respectfully recommended that the supervised release conditions be modified to add this condition as noted above.

Respectfully submitted,

*Bryce D. Stark*
Digitally signed by Bryce Stark
Date: 2021.10.06 18:58:02 -07'00'

_____
Bryce D. Stark
Senior United States Probation Officer

Approved:

*Benjamin Johnson*
Digitally signed by Ben Johnson
Date: 2021.10.06 18:42:57 -07'00'

_____
Benjamin B. Johnson
Supervisory United States Probation Officer

RE: Louis Franco

Prob12B
D/NV Form
Rev. June 2014

## THE COURT ORDERS

☐  No Action.

☐  The extension of supervision as noted above.

☑  The modification of conditions as noted above

☐  Other (please include Judicial Officer instructions below):

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

_____
Signature of Judicial Officer

__October 7, 2021_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Nevada

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Community Service** – You must complete 60 hours of community service within 3 months of completing PHASE 1 of the CARE Program. The probation officer will supervise the participation in the program by approving the program (agency, location, frequency of participation, etc.). You must provide written verification of completed hours to the probation officer.

Witness _____  Signed _____
U.S. Probation Officer             Probationer or Supervised Releasee

Date  9-29-2021