UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOUIS FRANCO,<br><br>　　　　Defendant. | Case No. 2:19-CR-00224-APG-DJA-1<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, December 14, 2021 at 3:00 p.m., be vacated and continued to January 13, 2022 at the hour of 9:30 a.m. by videoconference.

　　DATED this 14th day of December, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3